IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00681-CMA-MEH

ECHO GEOPHYSICAL CORPORATION,

    Plaintiff,

v.

ECKARD LAND & ACQUISITION, LTD.,
AMERICAN ENERGY PARTNERS, INC., and
ENERMAX, INC.,

    Defendants.

## ORDER SETTING HEARING ON PRELIMINARY INJUNCTION

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. # 2). Upon review of the file, it is

ORDERED that a Preliminary Injunction Hearing has been set before the undersigned in Courtroom A602 of the Arraj Courthouse, 6th Floor, 901 19th Street, Denver, Colorado, on **April 9, 2009 at 1:30 p.m.** It is

FURTHER ORDERED that Plaintiff shall advise Defendants and their counsel of the date and time of this hearing. The Court has set aside two hours for this hearing. Should the parties feel more time is needed, they shall file a joint motion to that effect no later than April 7, 2009.

    DATED: March  31 , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge