IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00681-CMA-MEH

ECHO GEOPHYSICAL CORPORATION,

Plaintiff,

v.

ECKARD LAND & ACQUISITION, LTD.,
AMERICAN ENERGY PARTNERS, INC., and
ENERMAX, INC.,

Defendants.

## ORDER SETTING HEARING ON PRELIMINARY INJUNCTION

This matter is before the Court *sua sponte*. Due to a conflict which has arisen on the Court's docket, involving a criminal matter which takes precedence over civil matters, it is hereby

ORDERED that the Preliminary Injunction Hearing currently set on April 9, 2009 at 1:30 p.m is RESET to **April 8, 2009 at 1:30 p.m.** It is

FURTHER ORDERED that Plaintiff shall advise Defendants and their counsel of the change in the date and time of this hearing. The Court has set aside two hours for this hearing. Should the parties feel more time is needed, they shall file a joint motion to that effect no later than noon on April 7, 2009.

DATED: April   3  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge