IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00681-CMA-MEH

ECHO GEOPHYSICAL CORPORATION,

    Plaintiff,

v.

ECKARD LAND & ACQUISITION, LTD.,
AMERICAN ENERGY PARTNERS, INC., and
ENERMAX, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2009.**

    The Joint Motion for Entry of Stipulated Protective Order [filed September 15, 2009; docket #52] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court required a specific mechanism by which the parties may challenge the designation of information as confidential, including a discrete time frame for objections. *See id.* at 388-89 (paragraph eight of the protective order).